JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):

First Listed Plaintiff:
Dr. Herbert Kitchens ;
**County of Residence:** Outside This District

Additional Plaintiff(s):
Jean Johnson ;
Makhi Joseph Jaff ;
Shakiya Rihanna Kimble ;
LaRon Jones ;
Aaliyah Harris ;
Jaydan Ware ;

### Defendant(s):

First Listed Defendant:
State of Missouri ;
**County of Residence:** Cole County

Additional Defendants(s):
Governor Michael Kehoe ;
The Coordinating Board for Higher Education of the State of Missouri ;
Bennett Boggs ;
Mun Choi ;

**County Where Claim For Relief Arose:** Cole County

### Plaintiff's Attorney(s):

Donald Calloway Jr. (Herbert Kitchens )

10221 River Road
Potomac, Maryland
**Phone:**
**Fax:**
**Email:**

Kenneth Powell III (Jaydan Ware)

9841 Clayton Road
St. Louis, Missouri 63124

### Defendant's Attorney(s):

**Phone:**
**Fax:**
**Email:**

L. Jared Boyd (Jaydan Ware)

5585 Pershing Ave, STE 240
Saint Louis, Missouri 63112
**Phone:**
**Fax:**
**Email:**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

**Plaintiff:** N/A

**Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 448 Education (e.g., IDEA)

**Cause of Action:** Equal Protection (§ 1983) and Title VI claims alleging Missouri's underfunding of Lincoln University and its performance-criteria funding formula perpetuate the vestiges of de jure segregated higher education; seeks declaratory and injunctive relief and Title VI damages.

**Requested in Complaint**

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):** 883742

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Louis Jared Boyd

**Date:** 10/7/2026

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.