# The Effect Of Underfunding

# BACKSTORY

Lincoln University is a historically black college located in Jefferson City, Missouri, founded on January 14th, 1866. Since its inception Lincoln has dealt with a system that has completely abandoned it’s land grant agreement. The state of Missouri has underfunded Lincoln University for over 361 Million dollars. In these slides I will break down the ways in which this lack of funding has affected the facilities consequently affecting the quality of life and student experience within this institutions walls.

# Perry Hall - 920 Taylor Drive

Perry Hall is a co-ed dormitory built in 1963, that mainly houses Freshman and student athletes. This facility has had leaky plumbing, inadequate drinking water, and cold showers with faulty water pressure.




There are currently no study or game rooms within the dormitory. The following photos will show not only that, but the downtrodden nature of these living spaces.

# Common Areas





# Gaming Imentities



Broken pool sticks without a pool table. This is the only resemblance of a game room in Perry Hall.

# Bathrooms








There is clear curousion and buildup on those shower lines. These showers have poor water pressure, possibly due to old clogged pipes. Last year the pipes completely burst, leaving open feces to disperse. Perry smelt disgusting, and they still left this dormitory open. We had to live in the smell for several weeks.

# I interviewed multiple former Perry Hall residents and asked:

{Interviewer}: What was it like living in Perry Hall?

{Interviewee I}: As a former Perry hall resident living in that hall was chaotic, especially as a student athlete. The dorm was constantly loud due to poor building structure, and it was filthy at all times because the floor would not be cleaned by maintenance for weeks on end. The bathroom was always in disarray due to the hot water not working in negative degree weather and low water pressure. There were only two showers available for a floor full of students.

# Another Former Perry resident was posed with the same question...

{Interviewee II}: Interesting as well as depressing. The community was together, with each floor banning together as friends. However, the conditions weren't the best. There was only one shower that was in good working condition and it still had low water pressure

# Perry is not the only problem.

This is a campus wide issue. Our dormitories are very old, so that comes with infrastructure issues. Lincoln is constantly putting bandaids over bullet wounds because they do not have the resources to fully address the blow. Even in some of the nicest dormitories like Anthony, have glaring issues that need to be addressed. State funding would be incredibly useful in these areas.

# Clement Richardson Fine Arts Center

Richardson Auditorium, named after the late great Lincoln Institute President, Clement Richardson, was constructed in 1956. The Fine Arts center holds 3 floors. The ground floor holds space for the band and choirs, as well as the second floor. The third floor is solely for the Art department. In the following slides I will show the glaring issues this aging facility presents.

# Ground floor (1958)




The Lincoln University Concert Choir, expertly directed by Professor O. Anderson Fuller, head of the Department of Music, pauses on a note in the bright new seminar room of the new Fine Arts Center.



The first African American to hold a doctorate degree in Music

# 66 Years Later…



There have been minor renovations with this rooms ceiling and floor over the years. But the foundation of this building, along with it's back-end windows are due for a massive overhaul.

# Richardson Auditorium Theatre



Richardson Auditorium has a plethora of issues including but not limited to:

- Aging stage curtains that are secured with duct tape.
- Right-side speaker on the verge of failure.
- Faulty wiring in the amplifier system.
- Electrical wiring not in accordance with current regulations.
- Carpet deterioration/Flooring
- Outdated or nonexistent safety guidelines.
- The rope rigging is in poor condition.

# 2nd Floor "Band & Choir" Rooms









These rooms are in complete disarray, filled with outdated unused computers and even older furniture. Broken piano stools are scattered around. Down the hall and to the right, there's a room with exposed pipes, where chunks of the brick wall that once concealed them lie broken on the floor.

# 3rd Floor Art Department

This is the worst floor in the building. I cannot do these rooms their proper due diligence with a short generalization. So let's get into the details...

Like the constant trend in these buildings is the unkept nature of these rooms.

- No soap dispensary
- No paper towels in the holders
- Broken Blinds
- Broken thermostat
- Spaces do not receive cleaning services









# As it stands…

Richardson Auditorium is the embodiment of this University as a whole. Nothing but an unkept ruin, a time capsule of what used to be. Before Brown v. Board of Education, Lincoln University epitomised Black exceptionalism in the Midwest. A slow but steady poison leaked through the walls of this institution while clinging onto its glory days. Lincoln University, and the state, did not adapt to accommodate Black youth pursuing a high-quality, culturally cognizant education in the 21st century. They threw us out into the deserts for us to dry, but I fear the poison we clung onto for dear life will soon run out as well.

# Lincoln University food

Lincoln University on weekdays there is a panini bar, 3 trays of surprise food, 2 trays of vegetarian option foods, salad bar, hamburger bar, desert bar, pizza and nacho chips, and occasional bruised fruit food trays.

The biggest issue with these cafe meals is there are no source of nutrition in the main course. Some days, fresh fruits and veggies are nowhere to be found. Everything is so high in sodium, even the veggies served with the main course. Our meat has been undercooked many times, red and grey meat. There is also an ice cream container with ice cream sandwiches that stay in there for weeks.

On saturday there are  wings and fried potato wedges. On sunday there is mystery meat and/or chicken nugget surprise. During these weekends there is no salad bar, or fresh fruits. However, when the cafeteria has guests (student tours, alumni events), the food often tastes better.











# I interviewed multiple Lincoln University students and asked:

[Interviewer]: What is the food like at your University?

[Interviewee I]: The overall food quality is not the greatest. I actually came back from a health evaluation and unfortunately was told that many of the vital nutrients in my body are missing and need to be supplemented either via vitamins or a change in diet. As I rely on the campus cafeteria for my daily meals and snacks, it's heavily unfortunate that this has become an issue for me. There is a lack in differentiation in meals, with most being pasta or tex-mex based, and more that ½ of my meals eaten in the facility is either done through the sandwich bar or the burger area.

[Interviewer}: What is the food like at your University?

[Interviewee II,III, & IV]: The food at Lincoln University is absolute garbage, and I would not tortue a rat to eat it.

(Interviewee III): It's okay wish there was more variety, I don't eat pork and know people with food allergies and the cafe doesn't really have anything to combat that.

To be Continued...