**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

Kitchen, Johnson, Jaff, Harris, Kimble, and Jones v. State of Missouri, et al.
Case No. _______________

# EXHIBIT B

## Missouri's Match for Lincoln University's 1890 Land-Grant Funds, Fiscal Years 2000 to 2024

Compiled from Lincoln University's matching-fund worksheet, reconciled to the federal 1890 capacity award and the state appropriation for each fiscal year, net of the three percent statutory reserve.

Page 1: chart. Page 2: data underlying the chart. Fiscal year 2024 is the University's estimate.

Referenced at paragraph 89 of the Complaint.

# Missouri's Match for Lincoln University's 1890 Land-Grant Funds, Fiscal Years 2000 to 2024

Who paid the federally required state match each year: the State of Missouri, Lincoln University from its own budget, or no one; and what Lincoln sent back to USDA when it could not match the federal money.

FY2000 to FY2024 totals: federal awards $170.5M · required match $158.2M · State paid $49.1M (31%) · Lincoln paid $43.5M paid by no one $65.8M (waived by USDA or forfeited) · returned to USDA $7.97M




1 FY2000 to FY2007: the State appropriates $0 toward the match in every year. Lincoln pays what it can from its own funds.
2 FY2008: the State's first appropriation for the match, 16 percent of the requirement.
3 FY2016: Lincoln ends sixteen years of paying the State's share from its own budget, $43.5 million in all.
4 FY2016 to FY2018: Lincoln returns $7.97 million in federal allocations it cannot match; USDA redistributes them to other states.
5 FY2023 and FY2024: the State pays 84 and 82 percent of the match, net of the 3 percent reserve. The shortfall continues.

Sources: Lincoln University, "Lincoln University's Land Grant Match," worksheet of federal awards, match requirements, state appropriations net of the 3 percent reserve, and University-provided match, FY2000 to FY2024 (FY2024 estimated); returned allocations from Missouri Office of Administration budget documentation as pleaded in the Complaint; 7 U.S.C. § 3222d; 7 C.F.R. Part 3419. Fiscal years as stated on the worksheet. The worksheet records the full federal award as the shortfall for FY2000 through FY2006; this chart measures the unpaid portion against the match requirement in those years.

# Data Underlying the Chart, Fiscal Years 2000 to 2024

Dollars. State match net of the 3 percent reserve. “Paid by no one” is the match requirement less the State and Lincoln amounts. FY2024 is the worksheet’s estimate.

| Fiscal year | Federal award | Required match | State match | % by State | Lincoln paid | Paid by no one | Returned to USDA |
|---|---|---|---|---|---|---|---|
| 2000 | 4,033,657 | 1,210,097 | 0 | 0.0% | 1,200,344 | 9,753 | |
| 2001 | 4,295,505 | 1,932,977 | 0 | 0.0% | 2,065,079 | 0 | |
| 2002 | 4,548,424 | 2,274,212 | 0 | 0.0% | 1,999,300 | 274,912 | |
| 2003 | 4,724,461 | 2,834,677 | 0 | 0.0% | 1,984,770 | 849,907 | |
| 2004 | 4,738,295 | 3,316,807 | 0 | 0.0% | 2,829,286 | 487,521 | |
| 2005 | 4,896,896 | 3,917,517 | 0 | 0.0% | 2,519,178 | 1,398,339 | |
| 2006 | 4,986,055 | 4,487,450 | 0 | 0.0% | 2,621,025 | 1,866,425 | |
| 2007 | 5,378,907 | 5,378,907 | 0 | 0.0% | 3,735,769 | 1,643,138 | |
| 2008 | 5,457,167 | 5,457,167 | 873,000 | 16.0% | 2,759,462 | 1,824,705 | |
| 2009 | 6,127,935 | 6,127,935 | 873,000 | 14.2% | 3,955,097 | 1,299,838 | |
| 2010 | 6,610,902 | 6,610,902 | 873,000 | 13.2% | 3,254,109 | 2,483,793 | |
| 2011 | 6,796,548 | 6,796,548 | 827,562 | 12.2% | 3,571,336 | 2,397,650 | |
| 2012 | 6,793,642 | 6,793,642 | 780,528 | 11.5% | 3,143,481 | 2,869,633 | |
| 2013 | 6,238,935 | 6,238,935 | 771,824 | 12.4% | 2,428,729 | 3,038,382 | |
| 2014 | 7,069,812 | 7,069,812 | 778,440 | 11.0% | 2,907,822 | 3,383,550 | |
| 2015 | 7,064,237 | 7,064,237 | 1,287,524 | 18.2% | 1,347,404 | 4,429,309 | |
| 2016 | 7,143,177 | 7,143,177 | 1,297,095 | 18.2% | 1,174,527 | 4,671,555 | 2,502,563 |
| 2017 | 7,133,379 | 7,133,379 | 1,734,502 | 24.3% | | 5,398,877 | 2,777,360 |
| 2018 | 7,140,898 | 7,140,898 | 3,191,610 | 44.7% | | 3,949,288 | 2,692,913 |
| 2019 | 7,382,598 | 7,382,598 | 3,773,610 | 51.1% | | 3,608,988 | |
| 2020 | 8,661,335 | 8,661,335 | 3,773,610 | 43.6% | | 4,887,725 | |
| 2021 | 9,468,323 | 9,468,323 | 3,773,610 | 39.9% | | 5,694,713 | |
| 2022 | 10,201,481 | 10,201,481 | 4,883,234 | 47.9% | | 5,318,247 | |
| 2023 | 11,238,729 | 11,238,729 | 9,468,323 | 84.2% | | 1,770,406 | |
| 2024 (est.) | 12,358,774 | 12,358,774 | 10,131,106 | 82.0% | | 2,227,668 | |
| **Total** | **170,490,072** | **158,240,516** | **49,091,578** | **31.0%** | **43,496,718** | **65,784,322** | **7,972,836** |



Sources: as stated on page 1. Percentages are the State appropriation divided by the match requirement for that year.