**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

Kitchen, Johnson, Jaff, Harris, Kimble, and Jones v. State of Missouri, et al.
Case No. _______________

# EXHIBIT C

## Per-Student State Appropriations: Lincoln University and University of Missouri-Columbia, Fiscal Years 1987 to 2020

Pages 1 and 2: per-student appropriations, gap, and annual and cumulative shortfall in constant 2020 dollars, reproducing the $361,569,760 figure transmitted by the Secretaries of Education and Agriculture to the Governor of Missouri on September 18, 2023.

Pages 3 and 4: restatement of each year's shortfall in nominal dollars and computation of prejudgment interest at five percent per annum, simple, through October 6, 2026. Page 5: chart.

Source: United States Department of Education, 1890 v. 1862 Funding Data (IPEDS), as described on each page.

Referenced at paragraphs 87, 88, 97, and 124 of the Complaint.

# EXHIBIT C

## Per-Student State Appropriations: Lincoln University and University of Missouri-Columbia

Fiscal Years 1987 to 2020, Constant 2020 Dollars (Page 1 of 5)

| Fiscal Year | Lincoln Enrollment | Mizzou Enrollment | Lincoln State Appropriation | Mizzou State Appropriation | Lincoln Per Student | Mizzou Per Student | Gap Per Student | Annual Shortfall (Gap x Lincoln Enroll.) | Cumulative Shortfall |
|---|---|---|---|---|---|---|---|---|---|
| 1987 | 2,478 | 22,958 | $18,894,072 | $263,774,080 | $7,625 | $11,489 | $3,865 | $9,576,708 | $9,576,708 |
| 1988 | 2,743 | 23,568 | $19,913,508 | $264,980,992 | $7,260 | $11,243 | $3,983 | $10,926,736 | $20,503,444 |
| 1989 | 3,063 | 24,344 | $19,855,654 | $269,124,512 | $6,482 | $11,055 | $4,573 | $14,006,011 | $34,509,455 |
| 1990 | 3,619 | 25,058 | $19,545,932 | $276,212,704 | $5,401 | $11,023 | $5,622 | $20,346,070 | $54,855,525 |
| 1991 | 4,101 | 24,726 | $19,421,450 | $270,683,328 | $4,736 | $10,947 | $6,212 | $25,473,492 | $80,329,016 |
| 1992 | 4,030 | 23,418 | $17,703,222 | $245,732,000 | $4,393 | $10,493 | $6,100 | $24,584,760 | $104,913,776 |
| 1993 | 3,623 | 22,225 | $18,122,834 | $250,607,744 | $5,002 | $11,276 | $6,274 | $22,729,893 | $127,643,669 |
| 1994 | 3,512 | 22,175 | $18,366,486 | $253,782,112 | $5,230 | $11,445 | $6,215 | $21,826,649 | $149,470,319 |
| 1995 | 3,454 | 22,356 | $19,484,954 | $261,038,672 | $5,641 | $11,676 | $6,035 | $20,845,497 | $170,315,816 |
| 1996 | 2,980 | 22,519 | $20,278,758 | $264,624,736 | $6,805 | $11,751 | $4,946 | $14,739,747 | $185,055,563 |
| 1997 | 3,041 | 22,552 | $21,418,310 | $269,271,424 | $7,043 | $11,940 | $4,897 | $14,891,303 | $199,946,866 |
| 1998 | 3,214 | 22,780 | $22,334,252 | $275,476,128 | $6,949 | $12,093 | $5,144 | $16,532,310 | $216,479,176 |
| 1999 | 3,347 | 22,930 | $24,088,306 | $287,616,128 | $7,197 | $12,543 | $5,346 | $17,893,865 | $234,373,041 |
| 2000 | 3,347 | 23,309 | $25,018,600 | $295,016,640 | $7,475 | $12,657 | $5,182 | $17,343,607 | $251,716,648 |
| 2001 | 3,332 | 23,667 | $26,193,958 | $299,707,840 | $7,861 | $12,664 | $4,802 | $16,000,935 | $267,717,583 |
| 2002 | 3,092 | 26,124 | $22,877,740 | $289,758,560 | $7,399 | $11,092 | $3,693 | $11,417,677 | $279,135,260 |
| 2003 | 3,128 | 26,805 | $22,781,976 | $291,572,512 | $7,283 | $10,878 | $3,594 | $11,242,975 | $290,378,235 |



Source: United States Department of Education, 1890 v. 1862 Funding Data (institution year level data), compiled from the Integrated Postsecondary Education Data System (IPEDS) Finance and Fall Enrollment surveys, 1987 to 2020. State appropriations are adjusted to constant 2020 dollars using the BLS Consumer Price Index, as in the federal dataset. Per-student figures equal state appropriations divided by total fall enrollment. The gap per student equals the Mizzou per-student figure less the Lincoln per-student figure. The annual shortfall equals the gap per student multiplied by Lincoln's enrollment. Negative values appear in parentheses. The cumulative shortfall of $361,569,763 reproduces the $361,569,760 figure transmitted by the Secretaries of Education and Agriculture to the Governor of Missouri on September 18, 2023, to within three dollars.

# EXHIBIT C

## Per-Student State Appropriations: Lincoln University and University of Missouri-Columbia

Fiscal Years 1987 to 2020, Constant 2020 Dollars (Page 2 of 5)

| Fiscal Year | Lincoln Enrollment | Mizzou Enrollment | Lincoln State Appropriation | Mizzou State Appropriation | Lincoln Per Student | Mizzou Per Student | Gap Per Student | Annual Shortfall (Gap x Lincoln Enroll.) | Cumulative Shortfall |
|---|---|---|---|---|---|---|---|---|---|
| 2004 | 3,275 | 27,003 | $21,742,908 | $277,330,720 | $6,639 | $10,270 | $3,631 | $11,892,544 | $302,270,779 |
| 2005 | 3,180 | 27,930 | $21,534,472 | $295,326,592 | $6,772 | $10,574 | $3,802 | $12,090,253 | $314,361,032 |
| 2006 | 3,224 | 28,184 | $20,861,520 | $290,442,176 | $6,471 | $10,305 | $3,835 | $12,362,493 | $326,723,524 |
| 2007 | 3,156 | 28,405 | $20,793,012 | $287,083,008 | $6,588 | $10,107 | $3,518 | $11,103,977 | $337,827,502 |
| 2008 | 3,109 | 30,130 | $22,043,298 | $288,023,968 | $7,090 | $9,559 | $2,469 | $7,676,799 | $345,504,300 |
| 2009 | 3,314 | 31,237 | $23,147,090 | $298,363,744 | $6,985 | $9,552 | $2,567 | $8,506,956 | $354,011,257 |
| 2010 | 3,349 | 32,341 | $23,702,824 | $305,087,744 | $7,078 | $9,433 | $2,356 | $7,889,856 | $361,901,112 |
| 2011 | 3,388 | 33,762 | $20,927,634 | $262,499,376 | $6,177 | $7,775 | $1,598 | $5,414,049 | $367,315,161 |
| 2012 | 3,205 | 34,704 | $19,120,554 | $228,579,952 | $5,966 | $6,587 | $621 | $1,989,368 | $369,304,529 |
| 2013 | 3,043 | 34,616 | $18,846,344 | $228,302,176 | $6,193 | $6,595 | $402 | $1,223,090 | $370,527,619 |
| 2014 | 3,117 | 35,425 | $18,344,834 | $235,630,256 | $5,885 | $6,652 | $766 | $2,387,968 | $372,915,587 |
| 2015 | 2,944 | 35,424 | $19,789,886 | $245,210,752 | $6,722 | $6,922 | $200 | $588,966 | $373,504,553 |
| 2016 | 2,738 | 33,239 | $19,770,176 | $241,637,456 | $7,221 | $7,270 | $49 | $134,254 | $373,638,807 |
| 2017 | 2,619 | 30,844 | $19,072,830 | $223,804,848 | $7,282 | $7,256 | ($26) | ($69,299) | $373,569,508 |
| 2018 | 2,478 | 29,843 | $19,865,420 | $208,140,288 | $8,017 | $6,975 | ($1,042) | ($2,582,585) | $370,986,922 |
| 2019 | 2,436 | 30,014 | $20,101,050 | $210,716,864 | $8,252 | $7,021 | ($1,231) | ($2,998,822) | $367,988,101 |
| 2020 | 2,012 | 31,089 | $18,604,326 | $188,295,328 | $9,247 | $6,057 | ($3,190) | ($6,418,337) | $361,569,763 |
| **Total** | | | | | | | | **$361,569,763** | **$361,569,763** |

Case 2:26-cv-04248-WJE Document 1-4 Filed 10/07/26 Page 3 of 6

Source: United States Department of Education, 1890 v. 1862 Funding Data (institution year level data), compiled from the Integrated Postsecondary Education Data System (IPEDS) Finance and Fall Enrollment surveys, 1987 to 2020. State appropriations are adjusted to constant 2020 dollars using the BLS Consumer Price Index, as in the federal dataset. Per-student figures equal state appropriations divided by total fall enrollment. The gap per student equals the Mizzou per-student figure less the Lincoln per-student figure. The annual shortfall equals the gap per student multiplied by Lincoln's enrollment. Negative values appear in parentheses. The cumulative shortfall of $361,569,763 reproduces the $361,569,760 figure transmitted by the Secretaries of Education and Agriculture to the Governor of Missouri on September 18, 2023, to within three dollars.

# EXHIBIT C (continued)

## Restatement of the Annual Shortfall in Nominal Dollars and Computation of Prejudgment Interest

Five Percent Per Annum, Simple, from Fiscal Year Midpoint through October 6, 2026 (Page 3 of 5)

| Fiscal Year | CPI-U Annual Average | Deflator (CPI / 258.811) | Annual Shortfall (2020 Dollars) | Annual Shortfall (Nominal Dollars) | Years to Oct. 6, 2026 | Prejudgment Interest at 5% | Cumulative Nominal Shortfall |
|---|---|---|---|---|---|---|---|
| 1987 | 113.600 | 0.4389 | $9,576,708 | $4,203,508 | 39.77 | $8,357,529 | $4,203,508 |
| 1988 | 118.300 | 0.4571 | $10,926,736 | $4,994,505 | 38.77 | $9,680,656 | $9,198,013 |
| 1989 | 124.000 | 0.4791 | $14,006,011 | $6,710,478 | 37.76 | $12,670,447 | $15,908,490 |
| 1990 | 130.700 | 0.5050 | $20,346,070 | $10,274,800 | 36.76 | $18,887,066 | $26,183,290 |
| 1991 | 136.200 | 0.5263 | $25,473,492 | $13,405,495 | 35.77 | $23,972,071 | $39,588,785 |
| 1992 | 140.300 | 0.5421 | $24,584,760 | $13,327,261 | 34.77 | $23,166,265 | $52,916,047 |
| 1993 | 144.500 | 0.5583 | $22,729,893 | $12,690,610 | 33.76 | $21,423,765 | $65,606,657 |
| 1994 | 148.200 | 0.5726 | $21,826,649 | $12,498,346 | 32.76 | $20,474,703 | $78,105,003 |
| 1995 | 152.400 | 0.5888 | $20,845,497 | $12,274,802 | 31.77 | $19,495,175 | $90,379,805 |
| 1996 | 156.900 | 0.6062 | $14,739,747 | $8,935,734 | 30.77 | $13,745,496 | $99,315,539 |
| 1997 | 160.500 | 0.6201 | $14,891,303 | $9,234,747 | 29.76 | $13,742,770 | $108,550,287 |
| 1998 | 163.000 | 0.6298 | $16,532,310 | $10,412,102 | 28.76 | $14,974,612 | $118,962,388 |
| 1999 | 166.600 | 0.6437 | $17,893,865 | $11,518,513 | 27.77 | $15,990,314 | $130,480,902 |
| 2000 | 172.200 | 0.6653 | $17,343,607 | $11,539,576 | 26.77 | $15,442,970 | $142,020,478 |
| 2001 | 177.100 | 0.6843 | $16,000,935 | $10,949,170 | 25.76 | $14,104,269 | $152,969,647 |
| 2002 | 179.900 | 0.6951 | $11,417,677 | $7,936,448 | 24.76 | $9,826,855 | $160,906,095 |
| 2003 | 184.000 | 0.7109 | $11,242,975 | $7,993,120 | 23.77 | $9,497,643 | $168,899,215 |

Method: The federal dataset states appropriations in constant 2020 dollars using the Bureau of Labor Statistics Consumer Price Index for All Urban Consumers (CPI-U, U.S. city average, all items, 1982-84 = 100). Each year's shortfall is restated in the nominal dollars of that fiscal year by multiplying the 2020-dollar shortfall by the ratio of that year's CPI-U annual average to the 2020 annual average of 258.811. Prejudgment interest is computed on the nominal shortfall at five percent per annum, simple, from the midpoint of the fiscal year in which it accrued (December 31 of the preceding calendar year, Missouri's fiscal year running July 1 through June 30) through October 6, 2026. Years are measured in days divided by 365.25. Fiscal years 2017 through 2020, in which the per-student figure favored Lincoln University, are carried as negative amounts and reduce both the shortfall and the interest. Figures are rounded to the nearest dollar.

# EXHIBIT C (continued)

## Restatement of the Annual Shortfall in Nominal Dollars and Computation of Prejudgment Interest

Five Percent Per Annum, Simple, from Fiscal Year Midpoint through October 6, 2026 (Page 4 of 5)

| Fiscal Year | CPI-U Annual Average | Deflator (CPI / 258.811) | Annual Shortfall (2020 Dollars) | Annual Shortfall (Nominal Dollars) | Years to Oct. 6, 2026 | Prejudgment Interest at 5% | Cumulative Nominal Shortfall |
|---|---|---|---|---|---|---|---|
| 2004 | 188.900 | 0.7299 | $11,892,544 | $8,680,085 | 22.77 | $9,880,207 | $177,579,301 |
| 2005 | 195.300 | 0.7546 | $12,090,253 | $9,123,362 | 21.76 | $9,927,666 | $186,702,662 |
| 2006 | 201.600 | 0.7789 | $12,362,493 | $9,629,724 | 20.76 | $9,997,512 | $196,332,386 |
| 2007 | 207.342 | 0.8011 | $11,103,977 | $8,895,761 | 19.77 | $8,791,033 | $205,228,147 |
| 2008 | 215.303 | 0.8319 | $7,676,799 | $6,386,273 | 18.77 | $5,991,994 | $211,614,421 |
| 2009 | 214.537 | 0.8289 | $8,506,956 | $7,051,698 | 17.76 | $6,263,027 | $218,666,118 |
| 2010 | 218.056 | 0.8425 | $7,889,856 | $6,647,439 | 16.76 | $5,571,837 | $225,313,558 |
| 2011 | 224.939 | 0.8691 | $5,414,049 | $4,705,483 | 15.77 | $3,708,990 | $230,019,040 |
| 2012 | 229.594 | 0.8871 | $1,989,368 | $1,764,790 | 14.77 | $1,302,876 | $231,783,830 |
| 2013 | 232.957 | 0.9001 | $1,223,090 | $1,100,909 | 13.76 | $757,600 | $232,884,739 |
| 2014 | 236.736 | 0.9147 | $2,387,968 | $2,184,289 | 12.76 | $1,393,998 | $235,069,028 |
| 2015 | 237.017 | 0.9158 | $588,966 | $539,370 | 11.77 | $317,272 | $235,608,398 |
| 2016 | 240.007 | 0.9273 | $134,254 | $124,500 | 10.77 | $67,013 | $235,732,898 |
| 2017 | 245.120 | 0.9471 | ($69,299) | ($65,634) | 9.76 | ($32,040) | $235,667,265 |
| 2018 | 251.107 | 0.9702 | ($2,582,585) | ($2,505,710) | 8.76 | ($1,097,985) | $233,161,555 |
| 2019 | 255.657 | 0.9878 | ($2,998,822) | ($2,962,277) | 7.76 | ($1,150,036) | $230,199,278 |
| 2020 | 258.811 | 1.0000 | ($6,418,337) | ($6,418,337) | 6.76 | ($2,171,076) | $223,780,941 |
| **Total** | | | **$361,569,763** | **$223,780,941** | | **$324,972,497** | **$223,780,941** |
| **Total with interest** | | | | | | | **$548,753,437** |

Method: The federal dataset states appropriations in constant 2020 dollars using the Bureau of Labor Statistics Consumer Price Index for All Urban Consumers (CPI-U, U.S. city average, all items, 1982-84 = 100). Each year's shortfall is restated in the nominal dollars of that fiscal year by multiplying the 2020-dollar shortfall by the ratio of that year's CPI-U annual average to the 2020 annual average of 258.811. Prejudgment interest is computed on the nominal shortfall at five percent per annum, simple, from the midpoint of the fiscal year in which it accrued (December 31 of the preceding calendar year, Missouri's fiscal year running July 1 through June 30) through October 6, 2026. Years are measured in days divided by 365.25. Fiscal years 2017 through 2020, in which the per-student figure favored Lincoln University, are carried as negative amounts and reduce both the shortfall and the interest. Figures are rounded to the nearest dollar.

**State Appropriations Per Student, Fiscal Years 1987 to 2020, Constant 2020 Dollars**




Annual shortfall: per-student gap multiplied by Lincoln enrollment (cumulative 1987 to 2020: $361.6 million)

